**MARK STEGER SMITH**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247- 4667
FAX: (406) 657- 6058
Email: mark.smith3@usdoj.gov

**JOHN M. NEWMAN**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 829-3336
FAX: (406) 542-1476
Email: john.newman@usdoj.gov

**ATTORNEYS FOR DEFENDANT**
**UNITED STATES OF AMERICA**

Timothy Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, Montana 59807
Phone: (406) 721-1435
Email: tim@bechtoldlaw.net
**ATTORNEY FOR PLAINTIFF**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **BUFFALO FIELD CAMPAIGN,**<br><br>Plaintiff,<br>vs.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,**<br><br>Defendant. | CV 19-166-M-DLC<br><br><br><br>**AMENDED JOINT STATUS REPORT** |

The Parties, by and through the undersigned counsel of record, hereby jointly file the following status report.

1. The parties are engaged in ongoing rolling monthly production as contemplated in the Court's order of December 12, 2019 (Doc. 5, paragraph a).

2. The parties anticipate such production will continue through at least November, 2020.

3. After completion of rolling production the parties will endeavor to cooperatively resolve any production disputes and any claims for attorneys' fees and costs, as contemplated in the Court's December 12, 2019 order (Doc. 5, paragraph b).

4. The parties will file a stipulation for dismissal or a joint status report no later than January 15, 2021.

**DATED** this 3rd day of August, 2020.

    **KURT G. ALME**
    **United States Attorney**

    **/s/ MARK STEGER SMITH**
    **Assistant U.S. Attorney**
    **Attorney for Defendant**

    **/s/ TIMOTHY BECHTOLD**
    **Attorney for Plaintiff**