IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BUFFALO FIELD CAMPAIGN, a Montana Non-profit Corporation, | CV 19–166–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Defendant. | |

Before the Court is the parties' Joint Status Report.  (Doc. 6.)

IT IS ORDERED that the parties shall file a stipulation for dismissal or a

joint status report on or before January 15, 2021.

DATED this 3rd day of August, 2020.

Dana L. Christensen, District Judge
United States District Court