IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BUFFALO FIELD CAMPAIGN, a Montana Non-profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | CV 19–166–M–DLC<br><br><br>ORDER |

In response to this Court's prior Order (Doc. 10), the parties have filed a Stipulated Fee Settlement Agreement and Stipulation for Dismissal. (Doc. 11.) This filing represents that the parties have stipulated to, among other things, the dismissal of the above-captioned matter with prejudice. (*Id.* at 2–5.)

Accordingly, IT IS ORDERED that in accordance with the parties Stipulated Fee Settlement Agreement and Stipulation for Dismissal (Doc. 11), the above-captioned matter is DISMISSED with prejudice.

The Clerk of Court is directed to close the case file.

DATED this 2nd day of February, 2021.

Dana L. Christensen, District Judge
United States District Court

1